[No. 20354.   In Bank. — June 1, 1888.]

THE PEOPLE, RESPONDENT, v. L. B. COHN, APPEL-
LANT.

CRIMINAL LAW — BURDEN OF PROOF UPON PROSECUTION — INSTRUCTION —
REASONABLE DOUBT. — In a criminal case it is error for the court to re-
fuse to instruct the jury as to the burden being upon the prosecution to
prove beyond a reasonable doubt every element of the crime of which
the defendant may be convicted.

APPEAL from a judgment of the Superior Court of Los Angeles County, and from an order refusing a new trial.

The defendant was convicted of the crime of assault, and appeals from the judgment, and from an order refusing him a new trial. The further facts are stated in the opinion of the court.

*Robert Hardie*, for Appellant.

*Attorney-General Johnson*, for Respondent.

McKINSTRY, J. — The defendant asked the court to instruct the jury: "The burden is upon the prosecution of establishing every element of the crime of which the defendant may be convicted, beyond a reasonable doubt." Through inadvertence, or for some reason which does not appear in the record, the court refused to give the instruction requested, and omitted to give any other instruction of a like character, or stating or bearing upon the rule as to reasonable doubt in criminal cases. De-

fendant took proper exception to the refusal of the court to give the instruction requested.

Judgment and order reversed, and cause remanded for a new trial.

THORNTON, J., SHARPSTEIN, J., McFARLAND, J., SEARLS, C. J., and PATERSON, J., concurred.